United States Court of Appeals
 for the district of columbia circuit
 

No. 96-7192 September Term, 1997

Anthony Crowell, 96cv00339
 Appellant
 
v.

Edward Walsh,
Administrator and
Matthew McLean, Deputy Warden, 
Maximum Security Facility,
District of Columbia Department of Corrections,
 Appellees
 

 Before: Wald, Williams and Tatel, Circuit Judges.

 O R D E R

 It is ORDERED by the Court that the opinion of July 24, 1998 be amended as follows:

 Page 4, end of first full paragraph, after "cases)." insert a footnote 1 as follows:

 1. Earlier this month the Supreme Court held that it had certiorari jurisdiction
 over the Eighth Circuit's denial of a certificate of appealability in a  2255 case filed by a
 federal prisoner before passage of the AEDPA but appealed thereafter. Hohn v. United
 States, 118 S. Ct. 1969 (1998). Although the petitioner in that case argued that the
 certificate of appealability requirement should not apply to such cases, see Brief for
 Petitioner at 40-44, Hohn v. United States, 118 S. Ct. 1969 (1998), the Court's opinion
 did not address the question. We therefore treat Lindh as the Court's last word on the
 subject.

FOR THE COURT:
Mark J. Langer, Clerk

Filed on: August 3, 1998